**Opinion issued June 11, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00390-CV**

———————————

**IN RE SHELL USA, INC. AND SHELL CHEMICAL, L.P., Relators**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

Relators Shell USA, Inc. and Shell Chemical, L.P. have filed a petition for writ of mandamus requesting this Court to vacate an order granting entry upon property.[1]

---

[1] The underlying case is *Francisco Orozco Garcia v. Shell USA, Inc., Shell Chemical, L.P., and Brandsafway, LLC*, cause number 2022-73054, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.